IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 09-755-1 |
| MARKEITH JOHN WEBB, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 24th day of November 2010, upon consideration of Defendant's Restated Motion Requesting A Franks Hearing (Doc. No. 67), the Government's Response in Opposition to Defendant's Restated Motion Requesting A Franks Hearing (Doc. No. 58), and the arguments and proffered evidence presented at the November 18, 2010 hearing, it is ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

FILED NOV 26 2010
MICHAEL E. KUNZ, Clerk
By \_\_\_\_\_ Dep. Clerk