IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-755-1 |
| | : | |
| MARKEITH JOHN WEBB, | : | |
| | : | |

## ORDER

AND NOW, this 29th day of March 2011, upon consideration of Defendant Markeith

John Webb's Motion for Judgment of Acquittal and/or New Trial (Doc. No. 90), the

Government's Response in Opposition (Doc. No. 100), and arguments presented by counsel for

both parties at a hearing held before the Court on February 10, 2011, and in accordance with the

Opinion of the Court issued with this Order, it is ORDERED that Defendant Markeith John

Webb's Motion for Judgment of Acquittal and/or New Trial (Doc. No. 90) is DENIED.


BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.