IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARKEITH WEBB,<br><br>           Defendant. | CRIMINAL ACTION<br>NO. 09-755 |

### **ORDER**

**AND NOW**, this 2nd day of July 2021, upon consideration of Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 172) and the Government's Response in Opposition to Defendant's Motion (Doc. No. 177), it is **ORDERED** that Defendant's Motion (Doc. No. 172) is **DENIED**.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.