IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>MARKEITH WEBB,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 09-755 |

## ORDER

**AND NOW**, this 24th day of January 2022, upon consideration of pro se Defendant Markeith Webb's Second Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 180) and the Government's Response in Opposition to Defendant's Motion (Doc. No. 181), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 180) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.